468 A.2d 859

Rouse, Appellant (at No. 875) v. New Hampshire
Ins. Co., Appellant.

Argued September 22, 1983. Barry Douglas Floyd, for Rouse, appellant (at No. 875) and appellee (at No. 989); Walter J. Timby, Jr., for New Hampshire, appellant (at No. 989) and appellee (at No. 875).

Before CIRILLO, JOHNSON and CERCONE, JJ.

Accordingly, the appeals at No. 875 and No. 989 Philadelphia 1982 are hereby quashed.